# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-20-00423-CV

### In re Javier Omar Elizondo, Sr.

---

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

---

### O R D E R

**PER CURIAM**

Relator Javier Omar Elizondo, Sr., has filed a petition for writ of mandamus and a motion for emergency stay. *See* Tex. R. App. P. 52.1, .10(a). We grant the motion and temporarily stay all proceedings in the trial court pending further order of this Court. *See id.* R. 52.10(b). Further, the Court orders the real party in interest to file a response to the petition for writ of mandamus on or before September 15, 2020.

It is ordered on August 25, 2020.

Before Chief Justice Rose, Justices Baker and Kelly